HASSAN A. ZAVAREEI (CA 181547)
JEFFREY KALIEL (CA 238293)
SOPHIA GOREN (CA 307971)
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW, Suite 1000
Washington, DC  20036
(202) 973-0900
(202) 973-0950 (FAX)
*jkaliel@tzlegal.com*
*hzavareei@tzlegal.com*
*sgoren@tzlegal.com*

STUART E. SCOTT (0064834) (pro hac vice)
DANIEL FRECH (0082737) (pro hac vice)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
*sscott@spanglaw.com*
*dfrech@spanglaw.com*

*Counsel for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. LUCAS, On Behalf of Himself and Those Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>JOS. A. BANK CLOTHIERS, INC.,<br><br>Defendant. | Case No. 14-cv-01631-LAB-JLB<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE**<br><br>Date: August 15, 2016<br>Time: 11:30am<br>Courtroom: 14A<br>Judge: Hon. Larry Alan Burns<br>Action Filed: July 9, 2014 |

**NOTICE OF MOTION AND MOTION**

TO DEFENDANT AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on August 15, 2016, at 11:30 a.m., in

Courtroom 14A of the above-entitled Court, located at 221 West Broadway, San

1  Diego, California, 92101, before the Honorable Larry Alan Burns, Plaintiff will, and

2  hereby does, respectfully move the Court, pursuant to Federal Rules of Civil

3  Procedure 41(a)(2), to voluntarily dismiss Plaintiff David Lucas's pending claims

4  against Defendant with prejudice.

5       This motion is based on this notice of motion and motion; Plaintiff's

6  supporting memorandum; the pleadings, records, and papers on file in this action; and

7  all other matters properly before this Court.

8       Plaintiff met-and-conferred with Defendant's Counsel regarding this motion.

9  Defendant opposes this motion.

10

11 Dated: July 14, 2016               Respectfully submitted,

12                                    /s/ Hassan A. Zavareei
                                      HASSAN A. ZAVAREEI (CA 181547)
13                                    JEFFREY KALIEL (CA 238293)
                                      SOPHIA GOREN (CA 307971)
14                                    **TYCKO & ZAVAREEI LLP**
                                      1828 L Street, NW, Suite 1000
15                                    Washington, DC  20036
                                      (202) 973-0900
16                                    (202) 973-0950 (FAX)
                                      *jkaliel@tzlegal.com*
17                                    *hzavareei@tzlegal.com*
                                      *sgoren@tzlegal.com*
18

19                                    STUART E. SCOTT (0064834) (*pro hac vice*)
                                      DANIEL FRECH (0082737) (*pro hac vice*)
20                                    **SPANGENBERG SHIBLEY & LIBER LLP**
                                      1001 Lakeside Avenue East, Suite 1700
21                                    Cleveland, OH  44114
                                      (216) 696-3232
22                                    (216) 696-3924 (FAX)
                                      *sscott@spanglaw.com*
23                                    *dfrech@spanglaw.com*

24                                    ***Counsel for Plaintiff and the Putative Class***

25

26

27

28

NOTICE OF MOTION AND MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE
14-cv-01631-LAB-JLB

**CERTIFICATE OF SERVICE**

I, Hassan Zavareei, on this 14th day of July 2016, hereby certify that foregoing document was filed via the Court's CM ECF system, thereby causing a true and correct copy to be sent to all ECF-registered counsel of record.

s/ Hassan Zavareei
HASSAN A. ZAVAREEI (CA 181547)
JEFFREY KALIEL (CA 238293)
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW, Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
*jkaliel@tzlegal.com*
*hzavareei@tzlegal.com*

***Counsel for Plaintiff and the Putative Class***