## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Lucas et al v. Jos. A. Bank Clothiers, Inc.            <u>Case No</u>: 14cv1631

<u>HON. Larry Alan Burns</u>              <u>CT. DEPUTY</u>              <u>Rptr.</u>

<u>Present</u>

<u>Plaintiffs</u>:         No appearance.

<u>Defendants</u>:        No appearance.

The briefing on Jos. A. Bank's motion for summary judgment (Docket no. 106) is suspended in light of the July 14, 2016 filings by Lucas and his counsel (Docket nos. 114–17). Lucas need not file an opposition to the summary judgment motion at this time.

DATED: <u>July 15, 2016</u>                              INITIALS: <u>JFB</u>  Law Clerk

14cv1631